UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOEL RODRIGUEZ,<br>Plaintiff,<br>v.<br>CONCESSIONS INTERNATIONAL LLC,<br>Defendant. | CASE NO. C26-1472JLR<br><br>ORDER |

Federal Rule of Civil Procedure 4 requires a plaintiff to serve the defendant with a summons and a copy of the complaint and sets forth the specific requirements for doing so. *See* Fed. R. Civ. P. 4. Rule 4(m), which provides the timeframe in which service must be effectuated, states in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Here, *pro se* Plaintiff Joel Rodriguez filed his complaint on April 30, 2026, but has not served Defendant with a summons and a copy his complaint within the 90-day timeframe provided in Rule 4(m). (*See generally* Dkt.)

Accordingly, the court ORDERS Mr. Rodriguez to SHOW CAUSE by no later than **October 30, 2026**, why this action should not be dismissed for failure to comply with Rule 4(m). If Mr. Rodriguez fails to file a timely response to this order and/or does not demonstrate good cause for his failure to serve Defendant, the court will dismiss this action without prejudice.

Dated this 13th day of October, 2026.

JAMES L. ROBART
United States District Judge