UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOEL RODRIGUEZ,

Plaintiff,

v.

CONCESSIONS INTERNATIONAL LLC,

Defendant.

CASE NO. C26-1472JLR

ORDER

Before the court is *pro se* Plaintiff Joel Rodriguez's response to the court's October 13, 2026 order to show cause why the court should not dismiss this action for failure to timely serve Defendant under Federal Rule of Civil Procedure 4(m). (OSC Resp. (Dkt. # 6); *see* OSC (Dkt. # 5).) Mr. Rodriguez explains that he moved from Washington to Florida after he filed this action and was uncertain about how to proceed with this case. (*See* OSC Resp. at 1.) He asks the court for a 30-day extension of his deadline to serve Defendant. (*Id.*)

The court GRANTS Mr. Rodriguez's request. Mr. Rodriguez shall file a praecipe to issue summons[1] by no later than **November 10, 2026**, and shall file proof of service by no later than **December 2, 2026**. If Mr. Rodriguez fails to timely serve Defendant, the court will dismiss this action without prejudice. The Clerk is DIRECTED to update the docket with Mr. Rodriguez's current contact information. (*See* OSC Resp. at 2.)

Dated this 2nd day of November, 2026.

JAMES L. ROBART
United States District Judge

[1] Instructions for filing a praecipe to issue summons can be found in the Pro Se Guide to Filing Your Lawsuit in Federal Court, available on this District's website at https://www.wawd.uscourts.gov/representing-yourself-pro-se.